NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LUCY GRACIA-BROWN, | ) | Hon. Garrett E. Brown, Jr. |
| Plaintiff, | ) | Civil Action No. 09-3752 |
| v. | ) | **ORDER** |
| CITY OF NEWARK, JOHN DOE 1–3, and XYZ CORPORATIONS 1–12, | ) | |
| Defendants. | ) | |

This matter having come before the Court upon the City of Newark's motion (Doc. No. 6) to dismiss Plaintiff's Complaint for failure to state a claim and for lack of subject matter jurisdiction; and the Court having considered the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons stated in the accompanying Memorandum Opinion;

IT IS THIS 26th day of April, 2010,

ORDERED that the City of Newark's motion (Doc. No. 6) is GRANTED, such that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

The Clerk shall mark this matter CLOSED.

Dated: April 26, 2010

                                                          /s/ Garrett E. Brown, Jr.
                                          GARRETT E. BROWN, JR., U.S.D.J.